395 A.2d 976

Commonwealth v. Wiley, Appellant.

Argued September 11, 1978.  Marilyn J. Gelb, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

OPINION PER CURIAM:  Judgment of sentence as to aggravated robbery affirmed, and judgment of sentence as to carrying a concealed deadly weapon vacated.